# MORFORD *v.* UNITED STATES.

No. 236.   Decided April 10, 1950.

*Abraham J. Isserman, David Rein* and *Joseph Forer* for petitioner.

*Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

PER CURIAM.

In this case the trial court did not permit counsel for petitioner to interrogate prospective government employee jurors upon *voir dire* examination with specific reference to the possible influence of the "Loyalty Order," Executive Order No. 9835, on their ability to render a just and impartial verdict. Such questioning was permitted in *Dennis* v. *United States, ante,* p. 162; see n. 4 of the Court's opinion, *ante,* pp. 170–171.

We said in *Dennis* that "Preservation of the opportunity to prove actual bias is a guarantee of a defendant's right to an impartial jury." *Ante,* pp. 171–172. Since that opportunity was denied in this case, the petition for writ of certiorari is granted and the judgment of the Court of Appeals is reversed.

*Reversed.*

MR. JUSTICE BLACK and MR. JUSTICE FRANKFURTER concur in the reversal for the reasons expressed in their opinions in *Dennis* v. *United States, ante,* p. 162.

MR. JUSTICE DOUGLAS concurs in the reversal of the judgment. Since, however, counsel requested that all

government employees be excluded from the jury in these cases, he thinks the request should have been granted for the reasons stated by the dissenting Justices in *Frazier* v. *United States,* 335 U. S. 497, and in *Dennis* v. *United States, ante,* p. 162.

MR. JUSTICE CLARK took no part in the consideration or decision of this case.